1  Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
2  Scott A. Burroughs (SBN 235718)
3  scott@donigerlawfirm.com
4  Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
5  Trevor W. Barrett (SBN 287174)
6  tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS APC
7  300 Corporate Pointe, Suite 355
8  Culver City, CA 90230
Telephone: (310) 590-1820
9  Facsimile: (310) 417-3538

10
Attorneys for Plaintiff
11
**UNITED STATES DISTRICT COURT**
12
**CENTRAL DISTRICT OF CALIFORNIA**
13

14  NEMAN BROTHERS & ASSOCIATES,
INC. a California Corporation
15

16  Plaintiff,

17  vs.

18
EXIST, INC. a Florida Corporation; ROSS
19  STORES, INC. a California Corporation;
and DOES 1 through 10,
20

21  Defendants.

22

23

24

25

26

27

28

Case No.: 13-2417-JFW (JCx)
*Honorable John F. Walter Presiding*

***DISCOVERY MATTER***

**ORDER ON JOINT STIPULATION
AND REQUEST FOR ENTRY OF
A PROTECTIVE ORDER**

**[CHANGE MADE BY COURT]**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER:

The terms and conditions set forth in this stipulation and request for entry of a protective order are hereby so ordered **except that to the extent the provisions thereof may be inconsistent with Paragraph 9 of the District Judge's Standing Order (Docket No. 16), the Standing Order shall govern**.

Dated:  November 8, 2013        By:   _____/s/_____
                                      United States Magistrate Judge
                                      Honorable Jacqueline Chooljian

ORDER ON JOINT STIPULATION AND REQUEST FOR ENTRY OF A PROTECTIVE ORDER